No. D–408.   IN RE DISBARMENT OF LEVENSTEIN.   Disbarment entered.   [For earlier order herein, see 465 U. S. 1076.]

No. D–428.   IN RE DISBARMENT OF QUELLO.   It is ordered that Allan T. Quello, of Hopkins, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–429.   IN RE DISBARMENT OF COOPER.   It is ordered that Saul J. Cooper, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–431.   IN RE DISBARMENT OF WATSON.   It is ordered that Norma Mims Watson, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 86, Orig.   LOUISIANA v. MISSISSIPPI ET AL., ante, p. 96. Motion of defendant Avery B. Dille, Jr., for clarification of opinion denied.

No. 83–1545.   WESTERN AIR LINES, INC. v. CRISWELL ET AL. C. A. 9th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 83–6323.   JONES v. EAST BATON ROUGE PARISH SCHOOL BOARD ET AL.   C. A. 5th Cir.   Motion of petitioner for leave to proceed in forma pauperis denied.   Petitioner is allowed until June 4, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed in forma pauperis.